IRVING L. SPAVEN, Appellant, *v.* THE M. A. TALBOT COMPANY, Respondent.

*Spaven* v. *Talbot Co.*, 162 App. Div. 926, affirmed.
(Argued May 23, 1917; decided June 12, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 8, 1914, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendant, his employer. The complaint alleged that plaintiff, while in the employ of defendant as a carpenter, met with an accident and received certain injuries, and that at the time of said accident the plaintiff was exercising due care and diligence; that the said injuries were caused by reason of a defect in the condition of the ways, works and plant of the defendant, by reason of the fact that the defendant did not provide a reasonably safe place in which to work, and by reason of the fact that the defendant did not provide sufficient rules. The answer admits that the plaintiff was at work for the defendant and received certain injuries, but denied that the said accident or injuries were received in the manner, to the extent or under the circumstances set forth in said complaint, and denied every other allegation contained in said complaint, and sets forth the defense of contributory negligence and that of assumed risk and the negligence of a fellow-servant.

*W. E. Scripture* for appellant.

*Edward Schoeneck* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CHASE, COLLIN, CUDDEBACK, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ.